UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § | 1:13-CR-083-P |
| v. | | |
| CHRISTY RAINS (1) | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and Recommendation in this case. Objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge regarding the prison term of 12 months and no additional term of supervised release imposed. However, the court will accept the defendant's request and sentence the defendant to twelve (12) months and one (1) day.

SO ORDERED this _____ day of June, 2015.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE